IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTONIO CABALLERO,<br>   Plaintiff, | §<br>§<br>§<br>§ | |
| v. | § | Civil Action No.  3:22-CV-1578-N-BH |
| | § | |
| FCI LENDER SERVICES, INC. et al.<br>   Defendants. | §<br>§<br>§ | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since the plaintiff has timely filed an amended complaint as allowed by the recommendation, *Defendants FCI Lender Services, Inc[.'s] and Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-E['s] Motion to Dismiss for Failure to State a Claim, or Alternatively, Motion for a More Definite Statement,* filed August 25, 2022 (doc. 14), is **DENIED as moot**. This action will now proceed on the amended complaint.

**SIGNED** this 17th day of February, 2023.

_____
CHIEF UNITED STATES
DISTRICT JUDGE