IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTONIO CABALLERO | § | |
| Plaintiff, | § § § | |
| v. | § § § | Civil Action No.  3:22-CV-01578-N-BH |
| FCI LENDER SERVICES INC et al. | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. *Defendants FCI Lender Services, Inc[.'s] and Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-E['s] Motion to Dismiss for Failure to State a Claim*, filed March 22, 2023 (doc. 27), is **GRANTED.**  By separate judgment, the plaintiff's claims will be dismissed with prejudice.

**SIGNED** this 6th day of November, 2023.

_David C. Godbey_
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE